B6F (Official Form 6F) (12/07)

In re  **Sima Birach, Jr.**                                ,         Case No.  **11-13411**
                                   Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx7673**<br><br>**American Express**<br>**c/o Becket and Lee LLP**<br>**Po Box 3001**<br>**Malvern, PA 19355** | - | | **Opened 7/27/05  Last Active 12/04/07**<br>**CreditCard** | | | | **16,927.00** |
| Account No. **xxxxxxxxxxxx2243**<br><br>**American Express**<br>**c/o Becket and Lee LLP**<br>**Po Box 3001**<br>**Malvern, PA 19355** | - | | **Opened 11/03/05  Last Active 12/04/07**<br>**CreditCard** | | | | **7,173.00** |
| Account No. **xxxxxxxxxxxx4883**<br><br>**American Express**<br>**c/o Becket and Lee LLP**<br>**Po Box 3001**<br>**Malvern, PA 19355** | - | | **Opened 5/26/05  Last Active 12/04/07**<br>**CreditCard** | | | | **6,094.00** |
| Account No. **xxxxxxxxxxxx2513**<br><br>**Amex**<br>**c/o Beckett & Lee**<br>**Po Box 3001**<br>**Malvern, PA 19355** | - | | **Opened 5/01/05**<br>**CreditCard** | | | | **87,937.00** |
| __9__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | **118,131.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sima Birach, Jr.**,            Case No. __**11-13411**__
                            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x9992\*\*** <br><br> **Appelles LLC** <br> **195 W Schrock Rd** <br> **Westerville, OH 43081** | | - | **Chevy Chase Bank** | | | | **371.00** |
| Account No. <br><br> **Capital Media Group LLC** <br> **C/O Mark P. Friedlander, Jr.** <br> **1364 Beverly Rd., Suite 201** <br> **Mc Lean, VA 22102** | | - | **confessed judgment in 2009** | | | | **310,000.00** |
| Account No. **xxxxxxxxxxxx5868** <br><br> **Capital One, N.a.** <br> **Bankruptcy Dept** <br> **Po Box 5155** <br> **Norcross, GA 30091** | | - | **Opened 10/21/04  Last Active  2/18/08** <br> **CreditCard** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx4791** <br><br> **Capital One, N.a.** <br> **Bankruptcy Dept** <br> **Po Box 5155** <br> **Norcross, GA 30091** | | - | **Opened  5/16/05  Last Active  8/19/06** <br> **CreditCard** | | | | **0.00** |
| Account No. <br><br> **Charles Baumgardner** <br> **C/O Mark P. Friedlander, Jr.** <br> **1364 Beverly Rd., Suite 201** <br> **Mc Lean, VA 22102** | | - | **confessed judgment in 2009** | | | | **287,112.48** |

Sheet no. __**1**__ of __**9**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **597,483.48**

B6F (Official Form 6F) (12/07) - Cont.

In re **Sima Birach, Jr.**, Case No. **11-13411**
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx8411****** <br><br> **Chase** <br> **Po Box 15153** <br> **Wilmington, DE 19886** | - | | | | | | **Unknown** |
| Account No. **xxxx5760****** <br><br> **Chase** <br> **Po Box 15153** <br> **Wilmington, DE 19886** | - | | **Creditcard** | | | | **18,157.00** |
| Account No. <br><br> **Chicago Future, Inc.** <br> **233 Erie St, #1000** <br> **Chicago, IL 60611** | - | | **Personal guarantee on corporate apt** | | | | **259,108.37** |
| Account No. **xxxxxxx1002****** <br><br> **Citi Financial** <br> **P.O. Box 449** <br> **Hanover, MD 21076** | - | | **creditcard** | | | | **15,086.00** |
| Account No. **xxxxxx3490** <br><br> **Citi-bp Oil** <br> **Po Box 6497** <br> **Sioux Falls, SD 57117** | - | | **Opened 9/27/00 Last Active 1/29/06** <br> **CreditCard** | | | | **Unknown** |

Sheet no. __2__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **292,351.37**

B6F (Official Form 6F) (12/07) - Cont.

In re **Sima Birach, Jr.**, Case No. **11-13411**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Coleman Family Living Trust** <br>**C/O Mark P. Friedlander, Jr.** <br>**1364 Beverly Rd., Suite 201** <br>**Mc Lean, VA 22102** | | - | **confessed judgment in 2009** | | | | 196,727.46 |
| Account No. <br><br>**Donald Hanzlik** <br>**c/o Cook Kits & Francuzenko** <br>**3554 Chain Bridge Rd, Ste 402** <br>**Fairfax, VA 22030** | | - | **Judgment--case no. 1:09-cv-00221** | | | | 50,000.00 |
| Account No. <br><br>**Doris Toolanen** <br>**C/O Mark P. Friedlander, Jr.** <br>**1364 Beverly Rd., Suite 201** <br>**Mc Lean, VA 22102** | | - | **confessed judgment in 2009** | | | | 811,391.52 |
| Account No. **xxxxxxxx0017** <br><br>**Dte Energy** <br>**One Energy Plaza /Attn: Bankruptcy** <br>**2160 Wcb** <br>**Detroit, MI 48226** | | - | **Opened 10/01/94  Last Active  3/23/11** <br>**Agriculture** | | | | 234.00 |
| Account No. **xxxxxxxx0025** <br><br>**Dte Energy** <br>**One Energy Plaza /Attn: Bankruptcy** <br>**2160 Wcb** <br>**Detroit, MI 48226** | | - | **Opened  4/01/03  Last Active  3/23/11** <br>**Agriculture** | | | | 164.00 |

Sheet no. __3__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **1,058,516.98**

B6F (Official Form 6F) (12/07) - Cont.

In re **Sima Birach, Jr.**, Case No. **11-13411**
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Edwin D. Handley**<br>**C/O Mark P. Friedlander, Jr.**<br>**1364 Beverly Rd., Suite 201**<br>**Mc Lean, VA 22102** | | - | **confessed judgment in 2009** | | | | **566,719.95** |
| Account No.<br><br>**Elizabeth Wynne**<br>**C/O Katz Marshall & Banks LLP**<br>**1718 Conn. Ave, NW, 6th Floor**<br>**Washington, DC 20009** | | - | **Judgment in Case no. 1:09-cv-00015** | | | | **1,566,666.63** |
| Account No. **xxxxxxxx0299**<br><br>**Equidata**<br>**724 Thimble Shoals**<br>**Newport News, VA 23606** | | - | **Northern Virginia Opthomology** | | | | **90.00** |
| Account No. **xxxxxxxxxx0280*** **<br><br>**Equidata**<br>**724 Thimble Shoals**<br>**Newport News, VA 23606** | | - | **Northern Virginia Opthomology** | | | | **160.00** |
| Account No. **xxxx9475**<br><br>**First Source Advantage LLC**<br>**205 Bryant Woods**<br>**Buffalo, NY 14228-3609** | | - | | | | | **Unknown** |

Sheet no. __4__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,133,636.58**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Sima Birach, Jr.**  ,  Case No.  **11-13411**
                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ford Motor Credit Corporation**<br>**Natl Bankruptcy Service Center**<br>**Po Box 537901**<br>**Livonia, MI 48153** | | - | | | | | **Unknown** |
| Account No. **xxxxxxxx3717**<br><br>**G M A C**<br>**Po Box 12699**<br>**Glendale, AZ 85318** | | - | **Opened  7/01/07  Last Active  5/05/08**<br>**Lease** | | | | **12,867.00** |
| Account No. **xxxxxxxxx8070\*\*\***<br><br>**Household Bank**<br>**PO Bix 60102**<br>**City of Industry, CA 91716** | | - | **Creditcard** | | | | **7,010.00** |
| Account No. **xxxxxxxxxxx7843**<br><br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | - | **Opened  9/04/03  Last Active 10/20/07**<br>**CreditCard** | | | | **1,103.00** |
| Account No. **xxxxxxxxxxx4037**<br><br>**Hsbc Bank**<br>**Attn: Bankruptcy**<br>**Po Box 5213**<br>**Carol Stream, IL 60197** | | - | **Opened 11/09/04  Last Active  5/18/07**<br>**CreditCard** | | | | **910.00** |

Sheet no.  **5**  of  **9**   sheets attached to Schedule of      Subtotal
Creditors Holding Unsecured Nonpriority Claims           (Total of this page)    **21,890.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Sima Birach, Jr.**, Case No. **11-13411**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx4058<br><br>Hsbc Bank<br>Attn: Bankruptcy<br>Po Box 5213<br>Carol Stream, IL 60197 | | - | **Opened 12/20/04 Last Active 5/12/06**<br>**CreditCard** | | | | **Unknown** |
| Account No. xxxxxxx3001<br><br>I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164 | | - | **Opened 9/01/09**<br>**CollectionAttorney Fairfax Allergy Asthma And Si** | | | | **106.00** |
| Account No.<br><br>INOVA<br>8110 Gatehouse Road<br>Falls Church, VA 22042 | | - | | | | | **Unknown** |
| Account No.<br><br>John S. Hopkins<br>C/O Mark P. Friedlander, Jr.<br>1364 Beverly Rd., Suite 201<br>Mc Lean, VA 22102 | | - | **confessed judgment in 2009** | | | | **585,748.24** |
| Account No.<br><br>Johnson, Morgan & White<br>6800 Broken Sound Pkwy<br>Boca Raton, FL 33487 | | - | | | | | **Unknown** |

Sheet no. **6** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **585,854.24**

B6F (Official Form 6F) (12/07) - Cont.

In re **Sima Birach, Jr.**, Case No. **11-13411**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx5220** <br><br>**Macys/fdsb**<br>**Macy's Bankruptcy**<br>**Po Box 8053**<br>**Mason, OH 45040** | | - | **Opened 11/22/04  Last Active 3/30/06**<br>**ChargeAccount** | | | | **0.00** |
| Account No. **xxxxxxxxxxx3104** <br><br>**Merrick Bank/hooters C**<br>**Attn: Special Collections**<br>**Po Box 9201**<br>**Ild Bethpage, NY 11804** | | - | **Opened 8/01/06  Last Active 2/17/08**<br>**CreditCard** | | | | **2,205.00** |
| Account No. **xxxxxx7479** <br><br>**Nordstrom FSB**<br>**Attention: Bankruptcy Department**<br>**Po Box 6555**<br>**Englewood, CO 80155** | | - | **Opened 12/01/02  Last Active 12/14/06**<br>**ChargeAccount** | | | | **3,556.00** |
| Account No. **xxxxxxxxxx1004** <br><br>**Second Round Lp**<br>**4150 Friedrich Lane Suit**<br>**Austin, TX 78744** | | - | **Opened 6/01/10**<br>**CollectionAttorney American Express Centurion Ban** | | | | **6,885.00** |
| Account No.<br><br>**Suburban Credit Corporation**<br>**6142 Franconia Road**<br>**Alexandria, VA 22310-2597** | | - | | | | | **Unknown** |

Sheet no. **7** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **12,646.00**

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **Sima Birach, Jr.**, Case No. **11-13411**
                    Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community / HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx8216**<br><br>**Target**<br>**Po Box 59317**<br>**Minneapolis, MN 55459** | | - | **Opened 11/22/04  Last Active  2/05/06**<br>**ChargeAccount** | | | | **0.00** |
| Account No. **xxxxx6693**<br><br>**Target**<br>**Po Box 59317**<br>**Minneapolis, MN 55459** | | - | **Opened  9/10/02  Last Active  3/25/06**<br>**ChargeAccount** | | | | **0.00** |
| Account No.<br><br>**Tod A. Herbers**<br>**C/O Mark P. Friedlander, Jr.**<br>**1364 Beverly Rd., Suite 201**<br>**Mc Lean, VA 22102** | | - | **confessed judgment in 2009** | | | | **383,254.89** |
| Account No.<br><br>**Tod Castleberry**<br>**C/O James P. Hodges, Esq.**<br>**803 Sycolin Rd., SE**<br>**Leesburg, VA 20175** | | - | **Pending litigation in Loudoun County Circuit Court (Case no. CL59830-00)** | | | | **Unknown** |
| Account No. **xxxxx8112**<br><br>**Victoria's Secret**<br>**Po Box 182124**<br>**Columbus, OH 43218** | | - | **Opened 3/25/03  Last Active  4/13/08**<br>**ChargeAccount** | | | | **380.00** |

Sheet no. __8__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **383,634.89**

B6F (Official Form 6F) (12/07) - Cont.

In re **Sima Birach, Jr.**, Case No. **11-13411**
                Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Washington Wizards** <br> **601 F St., NW** <br> **Washington, DC 20004** | | - | **Personal guarantee for corporate season tickets** | | | | **110,000.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **9** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **110,000.00**

Total (Report on Summary of Schedules) **5,314,144.54**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy