Appelles LLC
195 W Schrock Rd
Westerville, OH 43081

Capital Media Group LLC
C/O Mark P. Friedlander, Jr.
1364 Beverly Rd., Suite 201
Mc Lean, VA 22102

Charles Baumgardner
C/O Mark P. Friedlander, Jr.
1364 Beverly Rd., Suite 201
Mc Lean, VA 22102

Chase
Po Box 15153
Wilmington, DE 19886

Chicago Future, Inc.
233 Erie St, #1000
Chicago, IL 60611

Citi Financial
P.O. Box 449
Hanover, MD 21076

Donald Hanzlik
c/o Cook Kits & Francuzenko
3554 Chain Bridge Rd, Ste 402
Fairfax, VA 22030

Doris Toolanen
C/O Mark P. Friedlander, Jr.
1364 Beverly Rd., Suite 201
Mc Lean, VA 22102

Edwin D. Handley
C/O Mark P. Friedlander, Jr.
1364 Beverly Rd., Suite 201
Mc Lean, VA 22102

Elizabeth Wynne
C/O Katz Marshall & Banks LLP
1718 Conn. Ave, NW, 6th Floor
Washington, DC 20009

Equidata
724 Thimble Shoals
Newport News, VA 23606

Ford Motor Credit Corporation
Natl Bankruptcy Service Center
Po Box 537901
Livonia, MI 48153

Household Bank
PO Bix 60102
City of Industry, CA 91716

John S. Hopkins
C/O Mark P. Friedlander, Jr.
1364 Beverly Rd., Suite 201
Mc Lean, VA 22102


Second Round Lp
4150 Friedrich Lane Suit
Austin, TX 78744

Tod A. Herbers
C/O Mark P. Friedlander, Jr.
1364 Beverly Rd., Suite 201
Mc Lean, VA 22102

Washington Wizards
601 F St., NW
Washington, DC 20004